IN THE SUPREME COURT OF THE STATE OF NEVADA

LINDSEY LICARI, A/K/A LINDSEY
SHARRON ANTEE, AN INDIVIDUAL,
Appellant,
vs.
LINDA PERDUE, A/K/A LINDA NAW, AN
INDIVIDUAL; AND NAW REAL ESTATE,
INC., A NEVADA CORPORATION,
Respondents.

No. 82759

FILED

MAY 13 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting in part and denying in part a motion for summary judgment and denying a motion to dismiss, and from a district court order denying a motion for summary judgment. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Neither of the challenged orders is appealable as a final judgment under NRAP 3A(b)(1) because they do not finally resolve all claims asserted in the underlying matter. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). And no other statute or court rule appears to allow an appeal from the challenged orders. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Ronald J. Israel, District Judge
Lindsey Licari
Shumway Van
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A